SORORAZAM BETHUNE, Appellant, v MTA/LONG ISLAND BUS et al., Respondents.

Submitted June 26, 2017; decided September 12, 2017

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

ED FERRIS, Appellant, v BENTON B. KENDIG, III, and Another, as Executors of GEORGE MERCIER, Deceased, et al., Respondents.

Submitted May 30, 2017; decided September 12, 2017

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

FOR THE PEOPLE THEATRES OF N.Y., INC., Doing Business as FAIR THEATRE, Plaintiff, and JGJ MERCHANDISE CORP., Doing Business as VISHANS VIDEO, Also Known as MIXED EMOTIONS, Respondent, v CITY OF NEW YORK et al., Appellants.

TEN'S CABARET, INC., Formerly Known as STRINGFELLOW'S OF NEW YORK, LTD., et al., Respondents, v CITY OF NEW YORK et al., Appellants.

Submitted July 3, 2017; decided September 12, 2017

Reported below, 131 AD3d 279.

Motion by respondent JGJ Merchandise Corp., etc. for reargument denied [see 29 NY3d 340 (2017)].

Chief Judge DIFIORE and Judge FEINMAN taking no part.